SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

☒ FILED ☐ LODGED

**OCT 20 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 21-03305 MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/05/2021 | 10/05/2021 9:30pm | Michael Miller |

INVENTORY MADE IN THE PRESENCE OF SA David Shuey, SA Michelle Terwilliger, SA Dan Douglas, SA David Neill and SA Joe Ramos

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Eight (8) hand-rolled cigarettes w/ Leafy Green Substance
Two (2) Packages of yellow Crystal Substance —
Twenty four (24) four ounce jars containing wax like Substance
Glass Jar (50 3/4 oz) containing leafy green substance —

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 10/11/2021

Executing Officer's Signature

DAVID J. SHUEY II, SA
Printed Name and Title